```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR S 2:10-cr-00455-MCE
                                 )
12              Plaintiff,       ) STIPULATION AND ORDER
                                 ) RESETTING STATUS CONFERENCE
13         v.                    ) AND EXCLUDING TIME UNDER
                                 ) THE SPEEDY TRIAL ACT
14                               )
    CAESAR RAFAEL TORRES,        )
15                               )
                Defendant.       )
16  _____)
17
```

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Caesar Rafael Torres, through his counsel of record, Christopher Cosca, Esq., hereby stipulate and agree that the status conference set for November 1, 2012, at 9:00 a.m., be continued to January 24, 2013, at 9:00 a.m.

The exclusion of time is appropriate due to the counsels' need to prepare. 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4.

///

///

1

1  A continuance is necessary in this case in order to ensure defense
2  counsel has a reasonable amount of time to review the evidence given
3  the limitations imposed by Congress.  It's also necessary to ensure
4  defense counsel's effective preparation, taking into account the
5  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
6  Code T4.

7  Therefore, the parties have agreed and respectfully request
8  that the Court set the date of January 24, 2013, at 9:00 a.m., for
9  the status conference.

10  Accordingly, the parties stipulate that time be excluded
11  beginning November 1, 2012, through and including January 24, 2013
12  pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
13  States Code section 3161(h)(7)(B)(iv), to give the defendant time to
14  further review the discovery and to adequately prepare.

15  The Court finds that the interests of justice served by
16  granting this continuance outweigh the best interests of the public
17  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

19  IT IS SO STIPULATED.

                                        Benjamin B. Wagner
                                        United States Attorney

22  Dated: October 26, 2012        By:  /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

25
    DATED: October 26, 2012        By:  /s/ Christopher Cosca
                                        CHRISTOPHER COSCA
                                        Attorney for Defendant
                                        CAESAR RAFAEL TORRES

| | |
|---|---|
| 1 | **ORDER** |
| 2 | UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is |
| 3 | hereby ordered that this matter be set for status conference on |
| 4 | January 24, 2013 as set forth above.  The Court finds that the |
| 5 | interests of justice served by granting this continuance outweigh |
| 6 | the best interests of the public and the defendant in a speedy |
| 7 | trial.  18 U.S.C. §3161(h)(7)(A). |
| 8 | The Court finds excludable time as set forth above to and |
| 9 | including January 24, 2013. |
| 10 | **IT IS SO ORDERED.** |
| 11 | Dated: October 30, 2012 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE